■ The People of the State of New York, Respondent, v Felicita Figueroa, Appellant. [853 NYS2d 880]—Judgments, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered July 13, 2006, convicting defendant, upon her plea of guilty, of forgery in the second degree (two counts) and grand larceny in the fourth degree, and sentencing her to an aggregate term of 4 to 8 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of directing that all sentences be served concurrently, resulting in a new aggregate term of 2 to 4 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Lippman, P.J., Tom, Williams and Acosta, JJ.

■ Sylvia Savitt, Respondent, v Isabella Freedman Jewish Retreat Center, Inc., Appellant. [855 NYS2d 409]—Appeal from an order, Supreme Court, New York County (Michael Stallman, J.), entered November 8, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Tom, Williams and Acosta, JJ.